FILED
2011 Apr-18 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Master File No. 2:09-CV-2039 IPJ<br><br>MDL No. 2092<br><br>Judge Inge P. Johnson |
| TANYA LEE O'NEILL and JAMES MARTIN O'NEILL,<br><br>  Plaintiffs,<br><br>vs.<br><br>PFIZER INC.,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS<br><br>Civil Action No.: _____ |

## MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS

1. Plaintiffs, Tanya Lee O'Neill and James Martin O'Neill, state and incorporate by reference the portions indicated below of Plaintiffs' Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092. Plaintiffs are

filing this Short Form Complaint as permitted by Pretrial Order No. 2 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Consolidated Complaint adopted by the Plaintiffs and incorporated by reference herein, Plaintiffs hereby allege as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district:

    Northern District of Florida at Tallahassee.

## IDENTIFICATION OF PLAINTIFFS
## AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Chantix:

    Tanya Lee O'Neill, Tallahassee, Florida, County of Leon.

5. Consortium Claims: The following individual alleges damages for loss of consortium:

    James Martin O'Neill, Tallahassee, Florida, County of Leon.

6. Survival and/or Wrongful Death claims:

    a. Name and residence of Decedent when [she/he] suffered Chantix related injuries and/or death:

        N/A

b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

N/A

7. Survival and/or Wrongful Death Claim: The following individuals allege certain claims for damages for survival and/or wrongful death in accordance with applicable state law:

N/A

## CASE SPECIFIC FACTS
## REGARDING CHANTIX USE AND INJURIES

8. Plaintiff, Tanya Lee O'Neill, began using CHANTIX as prescribed and indicated on or about the following date: October 2007.

9. CHANTIX caused serious injuries and damages including but not limited to the following:

Depression; and anxiety with frequent and severe panic attacks.

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
## ADOPTED AND INCORPORATED IN THIS LAWSUIT

10. The Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 87 of the Master Consolidated Complaint on file with the Clerk of Court for the United

3

States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092.

11.  The Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, the following damages and causes of action of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092:

    _X__    COUNT I  (NEGLIGENCE);

    _X__    COUNT II (NEGLIGENCE PER SE);

    _X__    COUNT III (STRICT PRODUCTS LIABILITY – DESIGN DEFECT);

    _X__    COUNT IV (STRICT PRODUCTS LIABILITY - FAILURE TO WARN;

    _X__    COUNT V (BREACH OF EXPRESS WARRANTY);

    _X__    COUNT VI (BREACH OF IMPLIED WARRANTY);

    _X__    COUNT VII (FRAUDULENT MISREPRESENTATION AND CONCEALMENT);

    _X__    COUNT VIII (NEGLIGENT MISREPRESENTATION AND CONCEALMENT);

    _X__    COUNT IX (GROSS NEGLIGENCE);

    _X__    COUNT X (UNJUST ENRICHMENT);

    _X__    COUNT XI (PUNITIVE DAMAGES);

_X__     COUNT XII (VIOLATIONS OF STATE CONSUMER FRAUD AND DECEPTIVE TRADE PRACTICES ACTS);

_X__     COUNT XIII (LOSS OF CONSORTIUM);

_____    COUNT XIV (WRONGFUL DEATH);

_____    COUNT XV (SURVIVAL);

_X__     GLOBAL PRAYER FOR RELIEF;

_X__     TOLLING OF LIMITATION PERIOD;

_____    OTHER STATE LAW CAUSES OF ACTION AS FOLLOWS:

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated this the ___ day of April, 2011.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFFS

By: *Elizabeth M. Burke*
H. Blair Hahn, Esq. (USDC of SC ID #5717)
Christiaan A. Marcum, Esq.
       (USDC of SC ID #7556)
Elizabeth M. Burke, Esq. (USDC of SC ID # 7466)
David L. Suggs, Esq. (MN State Bar # 0147485)
RICHARDSON, PATRICK, WESTBROOK, &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, S.C, 29465
(843) 727-6500 Telephone
(843) 216-6509 Facsimile

ATTORNEYS FOR PLAINTIFFS